# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Lester Bonner                                          22-1473 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Dinwiddie, Virginia

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Nada Djordjevic
   Firm Name: DiCello Levitt LLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: Ten North Dearborn Street, Sixth Floor
City-State-ZIP: Chicago, Illinois 60602
Telephone Number: 312-214-7900
E-mail Address: ndjordjevic@dicellolevitt.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ✓ Yes   ☐ No

---

Nature of Suit Code: 134                    Agency Identification Code: AGR
Select only one (three digit) nature-of-suit code from the attached sheet.   Number of Claims Involved: 4

Amount Claimed: $ To be determined at trial.
          Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
   Is plaintiff a small business?                           ☐ Yes  ☐ No
   Was this action proceeded by the filing of a             ☐ Yes  ☐ No     Solicitation No. _____
   protest before the GAO?
   If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ☐ Yes  ✓ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

182

## Nature-of-Suit Codes for General Jurisdiction Cases

- 100 Contract – Construction – (CDA)
- 102 Contract – Fail to Award – (CDA)
- 104 Contract – Lease – (CDA)
- 106 Contract – Maintenance – (CDA)
- 108 Contract – Renovation – (CDA)
- 110 Contract – Repair – (CDA)
- 112 Contract – Sale – (CDA)
- 114 Contract – Service – (CDA)
- 116 Contract – Supply – (CDA)
- 118 Contract – Other – (CDA)
- 120 Contract – Bailment
- 122 Contract – Bid Preparation Costs
- 124 Contract – Medicare Act
- 125 Contract – Affordable Care Act
- 126 Contract – Realty Sale
- 128 Contract – Subsidy
- 130 Contract – Surety
- 132 Contract – Timber Sale
- 134 Contract – Other
- 136 Contract – Other – Wunderlich
- 138 Contract – Protest (Pre Award)
- 140 Contract – Protest (Post Award)
- 200 Tax – Allowance of Interest
- 202 Tax – Declaratory Judgment – 28:1507
- 204 Tax – Estate
- 206 Tax – Excise
- 208 Tax – Gift
- 210 Tax – Income, Corporate
- 212 Tax – Income, Individual
- 213 Tax – Income, Individual (Partnership)
- 214 Tax – Informer's Fees
- 216 Tax – Preparer's Penalty
- 218 Tax – Railroad Retirement/Unemployment Tax Act
- 220 Tax – TEFRA Partnership – 28:1508
- 222 Tax – Windfall Profit Overpayment – Interest
- 224 Tax – 100% Penalty – 26:6672 – Withholding
- 226 Tax – Other
- 300 Civilian Pay – Back Pay
- 302 Civilian Pay – COLA
- 303 Civilian Pay – Disability Annuity
- 304 Civilian Pay – FLSA
- 306 Civilian Pay – Overtime Compensation
- 308 Civilian pay – Relocation Expenses
- 310 Civilian Pay – Suggestion Award
- 312 Civilian Pay – Other
- 340 Military Pay – Back Pay
- 342 Military Pay – CHAMPUS
- 344 Military Pay – Correct records
- 346 Military Pay – Correct/Reinstate
- 348 Military Pay – Reinstatement
- 350 Military Pay – Relocation Expenses
- 352 Military Pay – Retirement
- 354 Military Pay – SBP
- 356 Military Pay – Other
- 500 Carrier – transportation
- 502 Copyright
- 504 Native American
- 506 Oil Spill Clean Up
- 507 Taking – Town Bluff Dam
- 508 Patent
- 509 Taking – Addicks & Barker Reservoirs
- 510 Taking – Personalty
- 512 Taking – Realty
- 513 Taking – Rails to Trails
- 514 Taking – Other
- 515 Unjust Conviction and Imprisonment
- 516 Miscellaneous – Damages
- 518 Miscellaneous – Lease
- 520 Miscellaneous – Mineral Leasing Act
- 522 Miscellaneous – Oyster Growers Damages
- 524 Miscellaneous – Safety Off. Ben. Act
- 526 Miscellaneous – Royalty/Penalty Gas Production
- 528 Miscellaneous – Other
- 535 Informer's Reward
- 536 Spent Nuclear Fuel

## Nature-of-Suit Codes for Vaccine Cases

- 449 Injury – Hepatitis A
- 453 Injury – Pneumococcal Conjugate
- 456 Injury – DPT & Polio
- 457 Injury – D/T
- 458 Injury – DTP/DPT
- 459 Injury - Measles
- 460 Injury – M/M/R
- 461 Injury – Measles/Rubella
- 462 Injury – Mumps
- 463 Injury – Pertussis
- 464 Injury – Polio – inactive
- 465 Injury – Polio – other
- 466 Injury – Rubella
- 467 Injury – Tetanus & Diphtheria
- 468 Injury – Tetanus & Tox.
- 469 Injury – Other
- 484 Injury – Hepatitis B
- 485 Injury – Hemophilus Influenzae
- 486 Injury – Varicella
- 490 Injury – Rotavirus
- 492 Injury – Thimerosal
- 494 Injury – Influenza (Flu)
- 496 Injury – Meningococcal
- 498 Injury – Human Papillomavirus
- 452 Death – Hepatitis A
- 454 Death – Pneumococcal Conjugate
- 470 Death – DPT & Polio
- 471 Death – D/T
- 472 Death – DTP/DPT
- 473 Death – Measles
- 474 Death – M/M/R
- 475 Death – Measles/Rubella
- 476 Death – Mumps
- 477 Death – Pertussis
- 478 Death – Polio – inactive
- 479 Death – Polio – other
- 480 Death – Rubella
- 481 Death – Tetanus & Diphtheria
- 482 Death – Tetanus & Tox.
- 483 Death – Other
- 487 Death – Hepatitis B
- 488 Death – Hemophilus Influenaze
- 489 Death – Varicella
- 491 Death – Rotavirus
- 493 Death – Thimerosal
- 495 Death – Influenza (Flu)
- 497 Death – Meningococcal
- 499 Death – Human Papillomavirus

AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **SBA** | Small Business Administration |
| **AF** | Air Force | **TRN** | Department of Transportation |
| **ARM** | Army | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | **VAR** | Various Agencies |
| **DOD** | Department of Defense | **O** | Other |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **HLS** | Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |