**FORM 1.** Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   **Form 1**
   March 2023

# UNITED STATES

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: _____

Case title being appealed: _____ v. _____

Date of final judgment or order being appealed: _____

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Date: _____   Signature: _/s/ Nada Djordjevic_____

Name: _____

Address: _____

_____

_____

Phone Number: _____

Email Address: _____